UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 14-CV-8316 DOC (SK) | Date | June 15, 2016 |
|---|---|---|---|
| Title | Miguel Angel Melgar v. Anthony Lopez et al. | | |

Present: The Honorable   Steve Kim

| Marc Krause | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None present | None present |

**Proceedings:**        (IN CHAMBERS) ORDER TO SHOW CAUSE

Pursuant to the Case Management Order, Plaintiff was to complete all discovery on or before June 10, 2016, and also file a required status report with the Court by April 11, 2016. (Dkt 46). Defendants filed an updated status report on June 13, 2016, informing the Court that Plaintiff has failed to conduct discovery, participate in a witness's deposition, respond to written discovery requests, or appear in response to Defendants' notice of Plaintiff's deposition. (Dkt 51).

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE on or before **July 6, 2016** why this action should not be dismissed for failure to prosecute, obey court orders, and cooperate in discovery. *See* Fed. R. Civ. P. 37(d)(3), 37(b)(2)(A), 41(b); Local Civil Rule 41-1. Plaintiff may discharge this order if by July 6, 2016, he files a status report with the Court which indicates: (1) good cause for the delays in discovery to date and failure to comply with the Court's Case Management Order; (2) he has conferred by telephone or in person with Defendants regarding all the items set forth in Fed. R. Civ. P. 26(f); (3) the precise deadline(s) by which he will respond to all outstanding written discovery requests; (4) his intent to appear for his noticed deposition no later than 7 days after the filing of the status report; and (5) a specific and concrete plan for completing discovery within 30 days of the filing of the status report.

**Plaintiff is advised that failure to file a timely response to this order will result in a recommendation that this action be dismissed for failure to prosecute and obey court orders.** *See* Fed. R. Civ. P. 41(b); Local Civil Rule 41-1

If Plaintiff no longer wishes to pursue this action, Plaintiff may voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a) by filing a "Notice of Dismissal." The Clerk is directed to attach a Notice of Dismissal Form (CV-009) to this Order.