JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT

| | |
|---|---|
| MIGUEL ANGEL MELGAR,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY LOPEZ, et al.,<br><br>Defendants. | CASE NO. 14-CV-8316-DOC (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action, **IT IS ADJUDGED** that this action is DISMISSED without prejudice.

DATED: July 25, 2016

*David O. Carter*

DAVID O. CARTER
U.S. DISTRICT JUDGE